

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Pyote Well Service, LLC,           * From the 142nd District Court
of Midland County,
Trial Court No. CV52277.

Vs. No. 11-17-00147-CV           * October 11, 2018

Hudson Specialty Insurance Company,    * Memorandum Opinion by Simmons, F.J.
(Panel consists of: Bailey, C.J.;
Simmons, F.J., sitting by assignment;
and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Pyote Well Service, LLC.